IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN THE MATTER OF:

CORAZON RAMOS MILLER
A 23 510 884,

      Petitioner,

v.                                     CASE NO. 5:07cv247/RS-MD

PETER D. KEISLER; MICHAEL
CHERTOFF; EMILIO T. GONZALEZ;
and LOUISE GERMAINE,

      Respondents.
_____/

## ORDER

      Before me is Respondents' Motion To Dismiss (Doc. 11).  Respondents affirm that the United States Citizenship and Immigration Service has the power, pursuant to 8 C.F.R. §338.5(a)-(d), upon a proper showing, to grant the relief sought by Petitioner.  Petitioner does not suggest that she has attempted to exhaust any administrative remedy.  I find no reason why I should not defer at this time to Respondents' interpretation of the regulations they are charged to enforce.

      **IT IS ORDERED** that this action is dismissed without prejudice because of Petitioner's failure to exhaust the available administrative remedies.

      The clerk is directed to close the file.

      ORDERED on February 22, 2008.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**